IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRENDA S. AGBUNAG, | ) | CIVIL NO. 04-00656 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, ETC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 22, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Reverse the Decision of the Commissioner of Social Security" are adopted as the opinion and order of this Court and the case is remanded for further administrative proceedings to consider the effect of Plaintiff's obesity at the pertinent stages of the five-step disability analysis..

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 20, 2006.



_____
Helen Gillmor
Chief United States District Judge